| | |
|---|---|
| 1 | Matthew Borden, Esq. (SBN: 214323) |
| | borden@braunhagey.com |
| 2 | David H. Kwasniewski, Esq. (SBN: 281985) |
| | kwasniewski@braunhagey.com |
| 3 | BRAUNHAGEY & BORDEN LLP |
| | 351 California Street, 10th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 599-0210 |
| 5 | Facsimile: (415) 599-0210 |
| 6 | ATTORNEYS FOR DEFENDANT |
| | YUMMYEARTH, INC. |
| 7 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | JENNIFER MARINO, individually, and on behalf of those similarly situated, | Case No.: 4:22-cv-02739-KAW |
| | Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| | v. | |
| | YUMMYEARTH, INC., | Complaint Filed: May 8, 2022 |
| | Defendant. | |

Pursuant to Civil Local Rules 6-1(a), 6-2, and 7-12, Plaintiff Jennifer Marino and Defendant YummyEarth, Inc., by and through their respective counsel of record, hereby STIPULATE as follows:

1. **WHEREAS,** Plaintiff filed the Complaint (ECF. No. 1) on May 8, 2022, and filed an Executed Summons on June 21, 2022 (ECF No. 9);

2. **WHEREAS,** the parties have conferred and agree that good cause exists to extend the deadline for Defendant to answer or otherwise respond to the Complaint to July 22, 2022; and

3. **WHEREAS,** nothing in this stipulation would affect any other deadline or the case management schedule in the litigation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their counsel, that the time within which Defendant is required to answer or otherwise respond to Plaintiff's Complaint is extended to July 22, 2022.

**IT IS SO STIPULATED.**

Dated: June 22, 2022            Respectfully submitted,

By:   */s/ David H. Kwasniewski*
      David H. Kwasniewski
      BRAUNHAGEY & BORDEN LLP
      351 California Street, 10th Floor
      San Francisco, CA 94104
      Tel & Fax: (415) 599-0210
      Email: kwasniewski@braunhagey.com

      *Attorneys for Defendant*
      *YummyEarth, Inc.*

By:   */s/ John Ryan Gustafson*
      John Ryan Gustafson
      GOOD GUSTAFSON AUMAIS LLP
      2330 Westwood Blvd., Suite no. 103
      Los Angeles, CA 90064
      Tel: (310) 274-4663
      Email: jrg@ggallp.com

      *Attorneys for Plaintiff Jennifer Marino*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(h), I, David H. Kwasniewski, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: June 22, 2022           By:     */s/ David H. Kwasniewski*
                                        David H. Kwasniewski