# EXHIBIT 1

| | |
|---|---|
| **From:** | Shirley Chan |
| **Sent:** | Friday, June 9, 2023 1:26 PM |
| **To:** | Ryan Gustafson; Tracy Zinsou |
| **Cc:** | stk@keetonfirm.com; cwk@ggallp.com; amir@shenaqpc.com; Matt Borden; David Kwasniewski |
| **Subject:** | RE: Marino v. YummyEarth, Inc., Case No. 3:22-cv-02739 - Amended Notice of Deposition of Jennifer Marino |

Counsel,

Following up on this, please let us know as soon as possible when Ms. Marino is available for an in-person deposition at our California office. Thank you.

Regards,

Shirley Chan
B R A U N **H A G E Y** & B O R D E N LLP
Direct: (646) 859-5733

---

**From:** Ryan Gustafson <jrg@ggallp.com>
**Sent:** Monday, June 5, 2023 3:36 PM
**To:** Tracy Zinsou <Zinsou@braunhagey.com>
**Cc:** stk@keetonfirm.com; cwk@ggallp.com; amir@shenaqpc.com; Matt Borden <borden@braunhagey.com>; David Kwasniewski <kwasniewski@braunhagey.com>; Shirley Chan <chan@braunhagey.com>
**Subject:** Re: Marino v. YummyEarth, Inc., Case No. 3:22-cv-02739 - Amended Notice of Deposition of Jennifer Marino

**\*\*\* EXTERNAL MESSAGE \*\*\***

Confirming that the deposition tomorrow is OFF.  We'll get you additional dates.

On Mon, Jun 5, 2023 at 11:09 AM Tracy Zinsou <Zinsou@braunhagey.com> wrote:

> Counsel,
>
> We need to reschedule tomorrow's deposition of Ms. Marino. Please let us know when she is available to sit for an in-person deposition in the next two weeks.
>
> Best,
>
> Tracy

1

Tracy O. Zinsou
BRAUNHAGEY & BORDEN LLP

Direct:  (415) 651-3139

---

**From:** Tracy Zinsou
**Sent:** Monday, May 8, 2023 11:59 AM
**To:** 'stk@keetonfirm.com' <stk@keetonfirm.com>
**Cc:** jrg@ggallp.com; cwk@ggallp.com; amir@shenaqpc.com; Matt Borden <borden@braunhagey.com>; David Kwasniewski <kwasniewski@braunhagey.com>; Shirley Chan <chan@braunhagey.com>
**Subject:** RE: Marino v. YummyEarth, Inc., Case No. 3:22-cv-02739 - Amended Notice of Deposition of Jennifer Marino

Counsel,

We are available for plaintiff's deposition on June 6 starting at 10 a.m. Attached is an amended deposition notice.

Separately, please advise if plaintiff is amenable to a 30-day extension of today's deadline for YumEarth to respond to plaintiff's First Set of Requests for Production.

Regards,

Tracy

Tracy O. Zinsou
BRAUNHAGEY & BORDEN LLP

Direct:  (415) 651-3139

---

**From:** stk@keetonfirm.com <stk@keetonfirm.com>
**Sent:** Monday, May 8, 2023 6:43 AM
**To:** Tracy Zinsou <Zinsou@braunhagey.com>
**Cc:** jrg@ggallp.com; cwk@ggallp.com; amir@shenaqpc.com; Matt Borden <borden@braunhagey.com>; David Kwasniewski <kwasniewski@braunhagey.com>; Shirley Chan <chan@braunhagey.com>
**Subject:** Re: Marino v. YummyEarth, Inc., Case No. 3:22-cv-02739 - Amended Notice of Deposition of Jennifer Marino

**\*\*\* EXTERNAL MESSAGE \*\*\***

Hi Ms. Zinsou,

We are able to do the deposition on June 5 or June 6.

Please let us know if either of those dates work for your team.

Best,

Steffan

Steffan T. Keeton

The Keeton Firm LLC

100 South Commons

Suite 102

Pittsburgh, PA 15212

1-888-412-LAW1

stk@keetonfirm.com

This e-mail is confidential and may well be legally privileged.  If you have received it in error, you are on notice of its status.  Please notify us immediately by reply e-mail and then delete this message from your system.  Please do not copy it or use it for any purposes, or disclose its contents to any other person.  Non-compliance may violate state and Federal privacy laws.

> On May 1, 2023, at 5:26 PM, Amanda Ostrom <ostrom@braunhagey.com> wrote:
>
> Counsel,

Attached please find documents for service in the above-captioned matter.

Regards,

Amanda Ostrom

Litigation Legal Assistant

B R A U N **H A G E Y** & B O R D E N LLP

Direct:  (415) 869-5979

**San Francisco**

351 California St., 10th Floor

San Francisco, CA 94104

Tel. (415) 599-0209

Fax. (415) 276-1808

**New York**

118 W 22nd Street, 12th Floor

New York, NY 10011

Tel. (646) 829-9403

Fax. (646) 403-4089

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges.  If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system.  Thank you.

<2023-05-01 - Ltr. from TOZ to Counsel re Amended Notice of Deposition.pdf><2023-05-01 - Amended Notice of Deposition of Jennifer Marino.pdf>

--
J. Ryan Gustafson
**Good Gustafson Aumais LLP**
2330 Westwood Boulevard, Suite 103
Los Angeles, CA 90064
310.274.4663
310.361.0787
\*\*Also admitted to the State Bar of Colorado