# EXHIBIT 2

| | |
|---|---|
| **From:** | Amanda Ostrom |
| **Sent:** | Wednesday, June 21, 2023 11:46 AM |
| **To:** | stk@keetonfirm.com; jrg@ggallp.com; cwk@ggallp.com; amir@shenaqpc.com |
| **Cc:** | Matt Borden; David Kwasniewski; Tracy Zinsou; Shirley Chan |
| **Subject:** | Marino v. YummyEarth, Inc., Case No. 3:22-cv-02739 - Third Amended Notice of Deposition of Jennifer Marino |
| **Attachments:** | 2023-06-21 - TOZ Ltr. to Counsel re Amended Notice of Deposition.pdf; 2023-06-21 - Third Amended Notice of Deposition of Jennifer Marino.pdf |

Counsel,

Attached please find documents for service in the above-captioned matter.

Regards,

Amanda Ostrom
Litigation Legal Assistant
**B R A U N H A G E Y & B O R D E N** LLP
Direct: (415) 869-5979

**San Francisco**
351 California St., 10th Floor
San Francisco, CA 94104
Tel. (415) 599-0209
Fax. (415) 276-1808

**New York**
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel. (646) 829-9403
Fax. (646) 403-4089

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges. If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system. Thank you.

# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Tracy O. Zinsou, Esq.**
Partner
zinsou@braunhagey.com

June 21, 2023

**VIA EMAIL**

Steffan T. Keeton, Esq.
THE KEETON FIRM LLC
100 S Commons, Ste 102
Pittsburgh PA 15212
Tel: (888) 412-5291
stk@keetonfirm.com

J. Ryan Gustafson, Esq.
Christina Kim, Esq.
GOOD GUSTAFSON AUMAIS LLP
2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
Tel: (310) 274-4663
jrg@ggallp.com
cwk@ggallp.com

Amir Shenaq, Esq.
SHENAQ PC
3500 Lenox Road, Ste. 1500
Atlanta GA 30326
Tel: (888) 909-9993
amir@shenaqpc.com

Re:   *Marino v. YummyEarth Inc.*, Case No. 3:22-CV-02739-VC (N.D. Cal.)

Counsel:

Enclosed please find YummyEarth Inc.'s Third Amended Notice of Deposition of Plaintiff Jennifer Marino, scheduled for July 11, 2023, at 10:00 AM PT in-person at BraunHagey & Borden's San Francisco office.

As you know, we have continued to seek a rescheduled date for Plaintiff's deposition to no avail, and Ms. Marino has already failed to appear for her deposition once. We are re-noticing Plaintiff's deposition to take place in person at our office, for a date and time on which we are available. In the event that Plaintiff is unavailable on the noticed date, we are happy to adjust to a date later that week or the following week.

**San Francisco**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel.: (415) 599-0210
Fax: (415) 276-1808

**New York**
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel.: (646) 829-9403
Fax: (646) 403-4089

June 21, 2023
Page 2

      If necessary, please provide us with alternative dates by June 28, 2023. If we do not receive a response by June 28, we will assume July 11 is acceptable and proceed with the deposition as noticed.

Very truly yours,

*[signature]*

Tracy O. Zinsou

Encl.

| | |
|---|---|
| 1 | Matthew Borden, Esq. (SBN: 214323) |
| | borden@braunhagey.com |
| 2 | David H. Kwasniewski, Esq. (SBN: 281985) |
| | kwasniewski@braunhagey.com |
| 3 | Tracy O. Zinsou, Esq. (SBN: 295458) |
| | zinsou@braunhagey.com |
| 4 | BRAUNHAGEY & BORDEN LLP |
| | 351 California Street, 10th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone: (415) 599-0210 |
| 6 | Facsimile: (415) 599-0210 |
| 7 | *Attorneys for Defendant YummyEarth, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MARINO, | Case No.: 3:22-CV-02739-VC |
| Plaintiff, | **DEFENDANT YUMMYEARTH, INC.'S THIRD AMENDED NOTICE OF DEPOSITION OF PLAINTIFF JENNIFER MARINO** |
| v. | |
| YUMMYEARTH, INC., | Date: July 11, 2023 |
| Defendant. | Time: 10:00 AM PST |
| | Location: 351 California Street, 10th Floor |
| | San Francisco, CA 94104 |

Case No.: 3:22-cv-02739-VC

THIRD AMENDED NOTICE OF DEPOSITION OF JENNIFER MARINO

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant YummyEarth, Inc. ("YumEarth") will take the deposition upon oral examination of Plaintiff Jennifer Marino. The deposition will take place in-person at BraunHagey & Borden LLP's San Francisco office located at 351 California Street, 10th Floor, San Francisco, CA 94104 on July 11, 2023, commencing at 10:00 a.m. PST, or at a time and place mutually agreeable to the parties. The deposition will continue from day to day until completed and shall be taken before an officer, notary public, or other person duly authorized to administer oaths.

**YOU ARE FURTHER NOTIFIED** that pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition, including the video of the deposition, may be used at hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: June 21, 2023

Respectfully submitted,

By: */s/ Tracy Zinsou*
   Tracy Zinsou

*Attorneys for Defendant,
YummyEarth, Inc.*