# Exhibit A

| | |
|---|---|
| **From:** | **Amanda Ostrom** ostrom@braunhagey.com |
| **Subject:** | Marino v. YummyEarth, Inc., Case No. 3:22-cv-02739 - Amended Notice of Deposition of Jennifer Marino |
| **Date:** | May 1, 2023 at 5:27 PM |
| **To:** | stk@keetonfirm.com, jrg@ggallp.com, cwk@ggallp.com, amir@shenaqpc.com |
| **Cc:** | Matt Borden  borden@braunhagey.com, David Kwasniewski  kwasniewski@braunhagey.com, Tracy Zinsou  zinsou@braunhagey.com, Shirley Chan  chan@braunhagey.com |

Counsel,

Attached please find documents for service in the above-captioned matter.

Regards,

Amanda Ostrom
Litigation Legal Assistant
**BRAUNHAGEY & BORDEN LLP**
Direct: (415) 869-5979

**San Francisco**
351 California St., 10th Floor
San Francisco, CA 94104
Tel. (415) 599-0209
Fax. (415) 276-1808

**New York**
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel. (646) 829-9403
Fax. (646) 403-4089

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges.  If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system.  Thank you.


2023-05-01 - Ltr. fro...ion.pdf


2023-05-01 - Amend...ino.pdf