# Exhibit B

Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
    kwasniewski@braunhagey.com
Tracy O. Zinsou, Esq. (SBN: 295458)
    zinsou@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

*Attorneys for Defendant YummyEarth, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MARINO,<br><br>    Plaintiff,<br><br>v.<br><br>YUMMYEARTH, INC.,<br><br>    Defendant. | Case No.: 3:22-CV-02739-VC<br><br>**DEFENDANT YUMMYEARTH, INC.'S AMENDED NOTICE OF DEPOSITION OF PLAINTIFF JENNIFER MARINO**<br><br>**Date:**    May 30, 2023<br>**Time:**    10:00 AM PST<br>**Location:**  Remote Deposition |

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant YummyEarth, Inc. ("YumEarth") will take the deposition upon oral examination of Plaintiff Jennifer Marino ("Marino"). The deposition will take place remotely by videoconference on May 30, 2023, commencing at 10:00 a.m. PST, or at a time and place mutually agreeable to the parties. The deposition will continue from day to day until completed and shall be taken before an officer, notary public, or other person duly authorized to administer oaths.

**YOU ARE FURTHER NOTIFIED** that pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition, including the video of the deposition, may be used at hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: May 1, 2023                                    Respectfully submitted,

                                                      By: */s/ Tracy O. Zinsou*
                                                            Tracy O. Zinsou

                                                      *Attorneys for Defendant,*
                                                      *YummyEarth, Inc.*