# Exhibit C

**From:** stk@keetonfirm.com
**Subject:** Marino v. YummyEarth Call
**Date:** July 26, 2023 at 12:50 PM
**To:** Matt Borden  borden@braunhagey.com
**Cc:** Ryan Gustafson  jrg@ggallp.com

Good Afternoon Attorney Borden,

We are currently at multiple impasses concerning discovery in the *Marino v. YummyEarth* matter.

We've never spoken on the phone or Zoom, and I think a conversation (rather than the coldness of email) could lead to progress on these issues.

Are you available tomorrow (or potentially later today) to chat on the phone about the case?

Please let me know.

Best,

Steffan



Steffan T. Keeton

The Keeton Firm LLC
100 South Commons
Suite 102
Pittsburgh, PA 15212
1-888-412-LAW1
stk@keetonfirm.com

This e-mail is confidential and may well be legally privileged.  If you have received it in error, you are on notice of its status.  Please notify us immediately by reply e-mail and then delete this message from your system.  Please do not copy it or use it for any purposes, or disclose its contents to any other person.  Non-compliance may violate state and Federal privacy laws.