# Exhibit D

| | |
|---|---|
| 1 | Matthew Borden, Esq. (SBN: 214323) |
| | borden@braunhagey.com |
| 2 | David H. Kwasniewski, Esq. (SBN: 281985) |
| | kwasniewski@braunhagey.com |
| 3 | Tracy O. Zinsou, Esq. (SBN: 295458) |
| | zinsou@braunhagey.com |
| 4 | BRAUNHAGEY & BORDEN LLP |
| | 351 California Street, 10th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone: (415) 599-0210 |
| 6 | Facsimile: (415) 599-0210 |
| 7 | *Attorneys for Defendant YummyEarth, Inc.* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JENNIFER MARINO, | Case No.: 3:22-CV-02739-VC |
|---|---|
| Plaintiff, | **DEFENDANT YUMMYEARTH, INC.'S SECOND AMENDED NOTICE OF DEPOSITION OF PLAINTIFF JENNIFER MARINO** |
| v. | |
| YUMMYEARTH, INC., | **Date:** June 6, 2023 |
| Defendant. | **Time:** 10:00 AM PST |
| | **Location:** Remote Deposition |

Case No.: 3:22-cv-02739-VC
SECOND AMENDED NOTICE OF DEPOSITION OF JENNIFER MARINO

1  **PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant YummyEarth, Inc. ("YumEarth") will take the deposition upon oral examination of Plaintiff Jennifer Marino ("Marino"). The deposition will take place remotely by videoconference on June 6, 2023, commencing at 10:00 a.m. PST, or at a time and place mutually agreeable to the parties. The deposition will continue from day to day until completed and shall be taken before an officer, notary public, or other person duly authorized to administer oaths.

**YOU ARE FURTHER NOTIFIED** that pursuant to Federal Rule of Civil Procedure 30(b)(3), the testimony will be recorded by stenographic means and videotape. All or part of the deposition, including the video of the deposition, may be used at hearing or trial as permitted under Rule 32 of the Federal Rules of Civil Procedure.

Dated: May 8, 2023

Respectfully submitted,

By: */s/ Tracy Zinsou*
Tracy Zinsou

*Attorneys for Defendant,
YummyEarth, Inc.*