| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| **GOOD GUSTAFSON AUMAIS LLP**<br>J. Ryan Gustafson (220802)<br>2330 Westwood Blvd., No. 103<br>Los Angeles, CA 90064<br>Tel: (310) 274-4663<br>cta@ggallp.com<br><br>**THE KEETON FIRM LLC**<br>Steffan T. Keeton, Esq. (*pro hac vice*)<br>100 S Commons, Ste. 102<br>Pittsburgh, PA 15212<br>Tel.: 888-412-5291<br>stkeeton@keetonfirm.com | **BRAUNHAGEY & BORDEN LLP**<br><br>Matthew Borden, Esq. (SBN: 214323)<br>borden@braunhagey.com<br>Tracy O. Zinsou (SBN: 295458)<br>zinsou@braunhagey.com<br>351 California Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 599-0210<br>Facsimile: (415) 599-0210 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MARINO,<br><br>          Plaintiff,<br><br>     v.<br><br>YUMMYEARTH, INC.,<br><br>          Defendant. | Case No. 3:22-cv-02739-VC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Judge:     Hon. Vince Chhabria |

1   The Parties stipulate and request that the Court dismiss the above-captioned action in its
2   entirety with prejudice, with each Party to bear their own attorneys' fees and costs in this action.

4   **IT IS SO STIPULATED.**

7   Dated: October 27, 2023                **BRAUNHAGEY & BORDEN LLP**

8                                          Tracy O. Zinsou (Bar No. 295458)

10                                          */s/ Tracy O. Zinsou*
                                           Tracy O. Zinsou
11                                          Attorneys for Defendant,
                                           YUMMYEARTH, INC.

13   Dated: October 27, 2023                **GOOD GUSTAFSON AUMAIS LLP**
14
                                           J. RYAN GUSTAFSON (220802)

17                                          */s/ J. Ryan Gustafson*
                                           J. Ryan Gustafson
18                                          Attorneys for Plaintiff,
                                           Jennifer Marino

21       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23   Dated:  October 30 , 2023             _____
                                           The Honorable Vince Chhabria
24                                          United States District Judge

2

**STIPULATION OF DISMISSAL**
**CASE NO. 3:22-CV-02739-VC**